# Exhibit 1

SUPERHYPE TAPES, LTD.
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 1**                                                                **TRADEMARK REGISTRATION**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 2,212,548

**United States Patent and Trademark Office**    Registered Dec. 22, 1998

**TRADEMARK**
**PRINCIPAL REGISTER**

**LED ZEPPELIN**

BALDWIN, JOHN (UNITED KINGDOM CITIZEN), AKA JOHN PAUL JONES
C/O JOHN HUDSON & CO.
91 TABERNACLE STREET
LONDON EC2A 4BA, ENGLAND AND

PAGE, JAMES P. (UNITED KINGDOM CITIZEN)
C/O JOAN HUDSON & CO.
91 TABERNACLE STREET
LONDON EC2A 4BA, ENGLAND AND

PLANT, ROBERT A. (UNITED KINGDOM CITIZEN)
C/O JOAN HUDSON & CO.
91 TABERNACLE STREET
LONDON EC2A 4BA, ENGLAND AND

JOAN HUDSON, A CITIZEN OF THE UNITED KINGDOM, AS TRUSTEE OF THE ESTATE OF JOHN H. BONHAM (UNITED KINGDOM ESTATE)
C/O JOAN HUDSON & CO.
91 TABERNACLE STREET
LONDON EC2A 4BA, ENGLAND

FOR: MUSICAL SOUND RECORDINGS, NAMELY, COMPACT DISCS, PRE-RECORDED AUDIO TAPES AND PHONOGRAPH RECORDS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1–12–1969; IN COMMERCE 1–12–1969.

SER. NO. 75–336,498, FILED 8–5–1997.

HOWARD SMIGA, EXAMINING ATTORNEY

SUPERHYPE TAPES, LTD.
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 1**  **TRADEMARK REGISTRATION**

# United States of America
### United States Patent and Trademark Office

## THE LED ZEPPELIN EXPERIENCE

**Reg. No. 5,663,514**
**Registered Jan. 29, 2019**
**Int. Cl.: 25, 41**
**Service Mark**
**Trademark**
**Principal Register**

Superhype Tapes Limited (WALES Limited company)
C/o 91 Tabernacle Street
London Ec2a 4jn
UNITED KINGDOM

CLASS 25: Articles of clothing, namely, t-shirts, jackets, pants, underwear, sweaters, shirts, ties, skirts, socks, scarves, shorts, dresses, belts; headgear, namely, hats and caps; footwear

CLASS 41: Entertainment services, namely, live audio performances by musical groups, live musical performances, live visual and audio performances by a musical group, live vocal performances by musical bands, theatrical and concert production; musical entertainment services, namely, recording, production and post-production services in the field of music, presenting live musical performances, providing non-downloadable prerecorded music on-line via a global computer network, providing live vocal performances by musical bands; publication of printed matter; production and distribution of television shows, motion picture films, video recordings and audio recordings

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 11-01-2017 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1392503 DATED 11-02-2017, EXPIRES 11-02-2027

No claim is made to the exclusive right to use the following apart from the mark as shown: "EXPERIENCE" IN CLASS 41

SER. NO. 79-228,240, FILED 11-02-2017

Director of the United States
Patent and Trademark Office

SUPERHYPE TAPES, LTD.
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 1**                                                                 **TRADEMARK REGISTRATION**



# LED ZEPPELIN

**Reg. No. 4,340,692**         SUPERHYPE TAPES LIMITED (UNITED KINGDOM CORPORATION)
                               91 TABERNACLE STREET
**Registered May 28, 2013**    LONDON, UNITED KINGDOM EC2A4JN

**Int. Cls.: 9, 16, 25 and 26** FOR: SOUND RECORDINGS, NAMELY, MUSICAL SOUND AND/OR VIDEO RECORDINGS; AUDIO AND VISUAL RECORDINGS OF MUSIC AND ENTERTAINMENT; APPARATUS AND INSTRUMENTS FOR THE INPUT, OUTPUT, STORAGE, RETRIEVAL, DISPLAY, COMMUNICATION AND TRANSMISSION OF DATA, SOUND AND IMAGES, NAMELY, COMPUTERS; PRE-RECORDED MEDIA CONTAINING MUSICAL AND AUDIO AND VISUAL RECORDINGS, NAMELY, RECORDS, DISCS, TAPES, CASSETTES AND VIDEO GAME CARTRIDGES FEATURING MUSIC AND ENTERTAINMENT; COMPUTER SOFTWARE AND COMPUTER PROGRAMS FOR GAMING, MUSICAL RECORDING AND MUSICAL INSTRUMENTS; BLANK MAGNETIC DATA CARRIERS, BLANK RECORDING DISCS; PRE-RECORDED AUDIO AND VIDEO TAPES FEATURING MUSIC AND ENTERTAINMENT; PHONOGRAPH RECORDS; BLANK RECORDABLE CDS; BLANK VIDEO AND AUDIO CASSETTES; BLANK RECORDABLE DVDS; DOWNLOADABLE MP3 FILES AND MP3 RECORDINGS FEATURING MUSIC AND ENTERTAINMENT; MP3 PLAYERS; BLANK RECORDABLE MINI-DISCS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

**TRADEMARK**

**PRINCIPAL REGISTER**

FOR: BOOKS IN THE FIELD OF MUSIC AND ENTERTAINMENT; BOOKLETS IN THE FIELD OF MUSIC AND ENTERTAINMENT; EVENT PROGRAMS; PERIODIC PUBLICATIONS, NAMELY, BOOKS, MAGAZINES, INSTRUCTIONAL MATTER, PRODUCT GUIDES, TEXT BOOKS, NEWSPAPERS IN THE FIELD OF MUSIC AND ENTERTAINMENT; POSTCARDS; PHOTOGRAPHS; POSTERS; GREETING CARDS; PRINTED MATTER, NAMELY, CALENDARS, WALL CHARTS, BOOKS, MAGAZINES, INSTRUCTIONAL MATTER, PRODUCT GUIDES, TEXT BOOKS, NEWSPAPERS, HANDBOOKS AND MANUALS IN THE FIELD OF MUSIC AND ENTERTAINMENT, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).



FOR: ARTICLES OF CLOTHING, NAMELY, T-SHIRTS, JACKETS, PANTS, UNDERWEAR, SWEATERS, SHIRTS, TIES, SKIRTS, SOCKS, SCARVES, SHORTS, DRESSES, BELTS, FOOTWEAR AND HEADGEAR, NAMELY, HATS AND CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

*[signature]*
Acting Director of the United States Patent and Trademark Office

FOR: ORNAMENTAL NOVELTY BADGES, CLOTHING BUCKLES, HAT ORNAMENTS NOT OF PRECIOUS METAL, HAIR ORNAMENTS NOT OF PRECIOUS METAL, SHOE ORNAMENTS NOT OF PRECIOUS METAL, ALL FOR WEAR; BUTTONS; ORNAMENTAL

SUPERHYPE TAPES, LTD.
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 1**                          **TRADEMARK REGISTRATION**

Reg. No. 4,340,692   PATCHES AND APPLIQUES, ALL BEING TEXTILE SMALLWARE, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF ERPN CMNTY TM OFC REG. NO. 009616871, DATED 6-3-2011, EXPIRES 12-21-2020.

OWNER OF ERPN CMNTY TM OFC REG. NO. 002551075, DATED 6-4-2003, EXPIRES 1-21-2022.

SER. NO. 85-363,156, FILED 7-5-2011.

GRETTA YAO, EXAMINING ATTORNEY

Page: 2 / RN # 4,340,692