IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUPERHYPE TAPES, LTD., | |
| PLAINTIFF, | CASE NO.: 1:20-CV-01546 |
| V. | |
| THE PARTNERSHIPS AND UNIDENTIFIED CORPORATIONS IDENTIFIED ON SCHEDULE "A", | JUDGE CHARLES R. NORGLE, SR. |
| DEFENDANTS. | MAGISTRATE JUDGE M. DAVID WEISMAN |

**PLAINTIFF'S CASE STATUS REPORT**

Plaintiff, Superhype Tapes, Ltd., ("Superhype" or "Plaintiff") provides this case status report in compliance with the Third Amended General Order 20-0012 IN RE: CORONAVIRUS COVID-19 PUBLIC EMERGENCY [35].

This case was opened on March 2, 2020. An *ex parte* Temporary Restraining Order was filed by Plaintiff on March 4, 2020 [11]. As of today, May 15, 2020, no decision has been made nor further action taken in the case.

Plaintiff understands that this Court may be unable to move forward with its *ex parte* motion for TRO until a time when a hearing can be scheduled. However, it is Plaintiff's position that its motion could be decided based on its written argument, without need for a hearing, as the hearing is *ex parte*, and Defendants are not given notice. Moreover, it is not uncommon among some Judges in this Circuit to grant such motions without a hearing. As such, Plaintiff deferentially requests that the Court consider moving forward with the TRO.

Plaintiff recognizes this is a novel and trying time for the Court, and us all, and makes its request with all due respect to the Court and the Defendants, and will humbly comply with any directive issued by this Court.

Dated: May 15, 2020

Respectfully submitted,

*/s/ Ann Marie Sullivan*
Ann Marie Sullivan
Alison Carter
Raymond Lang
AM Sullivan Law, LLC
1440 W. Taylor St., Suite 515
Chicago, Illinois 60607
Telephone: 224-258-9378
E-mail: ams@amsullivanlaw.com

**ATTORNEYS FOR PLAINTIFF**